IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CWA PLAZA I and II APARTMENTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO.: 3:11-cv-00382 ) |
| PACIFIC INSURANCE COMPANY, LIMITED, | ) ) ) |
| Defendant. | ) ) |

## PROPOSED ORDER OF DISMISSAL

The parties, by and through counsel, having announced to the Court that all matters herein controversy have been compromised and settled out of Court and that Plaintiff for valuable consideration, has executed a release in full and final settlement of all claims against Defendant, Pacific Insurance Company, Limited, including any and all subrogation interests and/or liens, arising out of the matters herein controversy. It is therefore,

**ORDERED, ADJUDGED and DECREED** that this cause be, and the same hereby is, dismissed with full prejudice to Plaintiff.

It is further **ORDERED** that costs are taxed against Defendant, Pacific Insurance Company, Limited, for which execution may issue, if necessary.

Enter this _____ day of _____, 2011.

_____
**JOE B. BROWN**
United States District Judge

APPROVED FOR ENTRY:

LEITNER, WILLIAMS, DOOLEY &
    NAPOLITAN, PLLC


By: **s/ Frank Thomas**
    **Frank Thomas**
    BPRN 12268
    **Christen C. Blackburn**
    BPRN 27104
    Attorneys for Defendant
    414 Union Street, Suite 1900
    Nashville, TN 37219-1782
    (615) 255-7722



BEDNARZ & BEDNARZ


By: **s/ T. Turner Snodgrass**
    BPRN 7318
    Attorneys for Plaintiff
    404 James Robertson Parkway, Suite 2100
    Nashville, TN 37219
    (615) 256-0100