IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

CWA PLAZA I and II APARTMENTS, )
)
    Plaintiff, )
)
v. ) NO.: 3:11-cv-00382
)
PACIFIC INSURANCE COMPANY, )
LIMITED, )
)
    Defendant. )

## ~~PROPOSED~~ ORDER OF DISMISSAL

The parties, by and through counsel, having announced to the Court that all matters herein controversy have been compromised and settled out of Court and that Plaintiff for valuable consideration, has executed a release in full and final settlement of all claims against Defendant, Pacific Insurance Company, Limited, including any and all subrogation interests and/or liens, arising out of the matters herein controversy. It is therefore,

**ORDERED, ADJUDGED and DECREED** that this cause be, and the same hereby is, dismissed with full prejudice to Plaintiff.

It is further **ORDERED** that costs are taxed against Defendant, Pacific Insurance Company, Limited, for which execution may issue, if necessary.

Enter this 22nd day of June, 2011.

_____
~~JOE B. BROWN~~
~~United States District Judge~~