UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CWA PLAZA I and II APARTMENTS ) | |
| ) | |
| ) | |
| v. ) | NO. 3:11cv0382 |
| ) | JUDGE NIXON |
| ) | |
| PACIFIC INSURANCE COMPANY, ) | |
| LIMITED ) | |
| ) | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/22/2011.

     KEITH THROCKMORTON, CLERK
     s/Tina M. Webster, Deputy Clerk